986 F.2d 1413
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
William DeLOACH, Plaintiff-Appellant,
v.
David WILLIAMS, Warden, P.C.C.; Brayton, Mailroom; Sutton,
Personal Property, Defendants-Appellees.
 No. 92-7183.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: February 1, 1993
Decided: February 24, 1993
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. J. Calvitt Clarke, Jr., Senior District Judge. (CA-92-757)
 William Deloach, Appellant Pro Se.
 E.D.Va.
 AFFIRMED.
 Before HALL and PHILLIPS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 William Deloach appeals from the district court's order dismissing his action without prejudice for failure to comply with a court order to respond to interrogatories. Our review of the record and the district court's opinion discloses no abuse of discretion and that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Deloach v. Williams, No. CA-92-757 (E.D. Va. Nov. 3, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED